# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOLLY DOBROSKY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1727** |
| | : | |
| **JENNIFER LOMETTI,** *et al* | : | |

## ORDER

**AND NOW**, this 10th day of August 2018, upon considering Defendants' unopposed Motion to dismiss (ECF Doc. No. 9) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 9) is **GRANTED without prejudice** to Plaintiff filing an amended complaint on or before **August 24, 2018** if she (as a trained lawyer) can do so consistent with Fed.R.Civ.P. 11 and the accompanying Memorandum.

**KEARNEY, J.**