** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case 2:18-cv-01727-MAK   Document 14   Filed 08/24/18   Page 1 of 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 23, 2018 at 10:12:57 PM EDT | | 58 | 1 | Received |

Aug 23 18, 10:13p                                                                 p 1

**FILED**

AUG 24 2018

KATE BARKMAN, Clerk
By _____ Dep. Clerk

**HOLLY DOBROSKY**
9 Tulip Tree Road
Levittown, PA 19056
267-570-6980
215-943-3510

August 23, 2018

*VIA FAX 267-299-5023*
Honorable Mark A. Kearney
Judge, United States District Court
  Eastern District of Pennsylvania
6613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

**RE:  HOLLY DOBROSKY V. JENNIFER LOMETTI OF BCC&YSSA, ET AL.
       CIVIL ACTION NO. 18-1727**

Dear Judge Kearney

Please accept this as my request for a ten (10) day extension of time in which to respond to your Honor's August 10, 2018 Order directing that if I intend to file an Amended Complaint, I must do so on or before August 24, 2018. I received the Order and Memorandum on August 14th.

I am requesting an additional ten (10) days, or until September 3, 2018, to file an Amended Complaint. The ten (10) days that I was granted was not enough time for several reasons, primarily the emergency admission of my mother, Carol J. Dobrosky to St. Mary's Medical Center in Langhorne early Tuesday Morning, August 21, 2018 where she remains. On August 20, 2018 I brought my disabled mother home from Langhorne Gardens Nursing Home and became her primary caretaker.

I informed opposing counsel, Matthew T. Corso, Esquire and Michael W. Bootier, Esquire of my request and am awaiting their response as to whether they oppose my request.

Thank you for your Honor's time and attention to this matter.

Respectfully submitted,

*Holly Dobrosky*
HOLLY DOBROSKY

cc:  Matthew T. Corso, Esquire
     Michael W. Bootier, Esquire